IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00653-MSK-MEH

PATRICIA PEREZ, an individual, on behalf of herself and others similarly situated,

    Plaintiff,

v.

PINON MANAGEMENT, INC.,
PONDEROSA CARE COMMUNITIES A LLC,
NORTH STAR COMMUNITY, and
DOES 1 through 10,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 12, 2012.**

    The Unopposed Joint Motion for Entry of Attached Stipulated Protective Order [filed July 17, 2012; docket #26] is **denied without prejudice** and the proposed Stipulated Protective Order is refused.  The parties are granted leave to submit a revised proposed protective order consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), which requires the party seeking protection, rather than disclosure, to file an appropriate motion with the Court.  *See id.* at 388-89.