IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00653-MSK-MEH

PATRICIA PEREZ, an individual, on behalf of herself and others similarly situated,

    Plaintiff,

v.

PINON MANAGEMENT, INC.,
PONDEROSA CARE COMMUNITIES A LLC,
NORTH STAR COMMUNITY, and
DOES 1 through 10,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 19, 2012.**

    Plaintiff's Unopposed Motion for Modification of Phase I Discovery Schedule [filed November 16, 2012; docket #35] is **granted**. For good cause shown, the Scheduling Order will be amended as follows:

| | |
|---|---|
| Deadline for Phase I discovery: | **January 17, 2013** |
| Deadline for Plaintiff's motion for conditional certification: | **January 24, 2013** |
| Deadline for Defendant's opposition to Plaintiff's motion: | **February 25, 2013** |
| Deadline for Plaintiff's reply in support of motion: | **March 11, 2013**. |

    All other deadlines remain in effect.