IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00653-MSK-MEH

PATRICIA PEREZ, an individual, on behalf of herself and others similarly situated,

      Plaintiff,

v.

PINON MANAGEMENT, INC.,
PONDEROSA CARE COMMUNITIES A LLC,
NORTH STAR COMMUNITY, and
DOES 1 through 10,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 18, 2012.**

      Plaintiff's Unopposed Motion for Modification of Briefing Schedule [filed March 14, 2013; docket #45] is **granted**. Plaintiff shall file her response to Defendants' Motion for Summary Judgment on or before April 8, 2013. Defendants may file a reply in support of their Motion on or before May 6, 2013.

      Additionally, the Court will hold oral argument on the Motion on **May 13, 2013**, at **2:00 p.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. If this date is not convenient, counsel should confer with opposing counsel and contact my Chambers to obtain an alternate date.