IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 12-cv-00653-RM-MEH | Date:  May 21, 2013 |
| Courtroom Deputy: Cathy Pearson | **FTR – Courtroom A501** |

PATRICIA PEREZ,                                                                  Meghan W. Martinez
                                                                                              Gerald D. Wells, III
            Plaintiff,

vs.

PINON MANAGEMENT, INC., and                                      Andrew Wayne Volin
PONDEROSA CARE COMMUNITIES A LLC,       Matthew M. Morrison

            Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**     10:24 a.m.

Court calls case.  Appearances of counsel.

Argument and discussion regarding Defendants' Motion for Summary Judgment (Doc. 41, filed 2/25/13).

**ORDERED:**   The Court takes Defendants' Motion for Summary Judgment (Doc. 41, filed 2/25/13) under advisement.

**Court in recess:**        12:32 p.m.   (**Hearing concluded**)
**Total time in court:**   2:08

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.